# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ALVAREZ VENTURA, | Case No. 2:19-cv-01692-JAD-NJK |
| Plaintiff | |
| v. | **Order Dismissing Action** |
| JOHN H. GANSER, *et al.*, | [ECF Nos. 1, 3, 4] |
| Defendants | |

Plaintiff, a pro se prisoner, filed an application to proceed *in forma pauperis* and submitted a civil-rights complaint under 42 U.S.C. § 1983.[1] He now moves for voluntary dismissal.[2] Rule 41(a)(1) of the Federal Rules of Civil Procedure permits a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[3] The Court grants plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case.

IT IS THEREFORE ORDERED that the motion for voluntary dismissal **[ECF No. 4] is GRANTED; this case is dismissed with prejudice.** The Clerk of Court is directed to **DENY all other pending motions [ECF Nos. 1, 3]** as MOOT and CLOSE THIS CASE.

Dated: December 4, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1, 1-1.
[2] ECF No. 4.
[3] Fed. R. Civ. P. 41(a)(1)(A)(i).